**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

JOHN ALAN DITULLIO,

    Plaintiff,

v.                                        CASE NO:  8:10-cv-294-T-26AEP

BOB WHITE, *et al.*,

    Defendants.
_____/

**O R D E R**

    Plaintiff, a *pro se* prisoner, has filed a civil rights complaint against Defendants pursuant to 42 U.S.C. § 1983 challenging their jail policy which limits inmates receipt of mail to post cards. He claims that such a ban violates the First Amendment rights of other people to correspond with inmates. Plaintiff certainly retains some First Amendment protections, specifically including the right to receive mail. However, this right is not unrestricted. Prisons may adopt regulations that infringe constitutional rights if the regulations are "reasonably related to legitimate penological interests." Thornburgh v. Abbott, 490 U.S. 401, 413 (1989) (citing Turner v. Safley, 482 U.S. 78, 89 (1987)); see also Procunier v. Martinez, 416 U.S. 396 (1974).

    In this case, the Court finds that Defendants' regulation of limiting correspondence between inmates and other individuals to post cards is reasonably related to legitimate

penological interests, *i.e.*, insuring that written communications between inmates and others may be monitored to detect and prevent illegal activity. Consequently, Plaintiff fails to state a claim for which relief may be granted and is, therefore, due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1).[1]

        **ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1)     This case is dismissed.

2)     The Motion to Proceed In Forma Pauperis (Dkt. 2) is **denied as moot**.

3)     The clerk is directed to enter judgment for Defendants, term any pending motions/deadlines, and to **CLOSE** this case.

        **DONE AND ORDERED** at Tampa, Florida, on January 28, 2010.

                                        s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[1] This is the second time the Court has dismissed a civil rights claim filed by this Plaintiff. <u>See</u> case number 8:08-cv-984-T-26EAJ.